UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> DEWANE TSE, <br> Defendant. | Criminal No. CR13 016M <br> 2013 JAN 30 <br> In Violation of 18 U.S.C. §§ 922(g) & 924(a)(2). |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 22, 2013, in the District of Rhode Island, Defendant DEWANE TSE, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm – specifically a Sturm Ruger .357 caliber revolver (serial number 57242003) – in and affecting interstate commerce,

in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

PETER F. NERONHA,
United States Attorney

_____
MILIND M. SHAH
Assistant U.S. Attorney

_____
ADI GOLDSTEIN
Assistant U.S. Attorney
Deputy Chief, Criminal Division

A TRUE BILL:

**REDACTED**

Date: 1/30/13