UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>DEWANE TSE | Criminal Case No. 13-CR-016M |

GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Under Rule 48 of the Federal Rules of Criminal Procedure, the Government moves to dismiss the Indictment in the above-captioned matter. The matter is presently not at trial and the Government no longer seeks to pursue prosecution.

The Government notes that pending before the Court in this case is a question of interpretation relating to a decision on a motion to suppress statement and the possible need for issuance of a clarification. That matter should be resolved prior to any decision on this request to dismiss. Dismissal will result in closure of this case, and closure may interfere with the Court's ability to issue a clarification. The Government suggests that clarification be addressed prior to the effectuation of any dismissal.

                                                        Respectfully submitted,

                                                        PETER F. NERONHA
                                                        United States Attorney

                                                        /s/ Milind Shah
                                                        MILIND SHAH
                                                        Assistant U.S. Attorney
                                                        United States Attorney's Office
                                                        50 Kennedy Plaza, 8th Floor
                                                        Providence, RI 02903
                                                        401-709-5000 (office)
                                                        401-709-5001 (facsimile)
                                                        milind.shah@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 16th day of May, 2014, I electronically filed the within Government's Motion to Dismiss Indictment, and it was thereby made available to Defendant's counsel, Assistant Federal Public Defender Kevin Fitzgerald, 10 Weybosset Street, Suite 300, Providence, Rhode Island 02903.

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (office)
401-709-5001 (facsimile)
milind.shah@usdoj.gov